```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-60071-Civ-Marra
                                     (04-60232-Cr-Marra)
                              MAGISTRATE JUDGE P. A. WHITE

HAROLD JULES,                 :

        Movant,               :    ORDER APPOINTING COUNSEL
                                   AND SETTING EVIDENTIARY HEARING

v.                            :

UNITED STATES OF AMERICA,     :

        Respondent.           :
_____
```

This matter is before the Court on the movant's motion to vacate pursuant to 28 U.S.C. §2255, attacking his conviction and sentence for conspiracy to distribute five grams or more of crack cocaine and distribution of five grams or more of crack cocaine, entered following a jury trial in criminal case no. 04-Cr-60232-Marra.

In his motion, the movant in essence argues that defense counsel was ineffective because counsel misadvised him regarding the benefit of pleading guilty versus proceeding to trial. In this case, an evidentiary finding is required with regards to the foregoing claim only.  It is thereupon:

ORDERED as follows:

1.  **Arthur Wallace, Esq.** is appointed to represent the movant at all further stages of this Section 2255 proceeding, both before the District Court and any appellate proceedings.

2.  The Clerk shall forthwith prepare the necessary Criminal

Justice Act appointment form.

    3.   The hearing is scheduled for **Thursday, July 8, 2010** at 9:30 a.m., at 301 North Miami Avenue, Miami, Florida, Third floor, in Courtroom 3.

    DONE AND ORDERED at Miami, Florida, this 4th day of April, 2010.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE


cc: Arthur Wallace, Esq.
    2401 E. Atlantic Blvd.
    Suite 4000
    Pompano Beach, FL 33062-5243
    Phone: 954-943-2020
    Fax: 954-782-1552

    Harold Jules, Pro Se
    Reg. No. 09156-265
    FCC - Coleman (Medium)
    Inmate Mail/Parcels
    P.O. Box 1032
    Coleman, FL 33521-1032

    Anne Ruth Schultz, AUSA
    United States Attorney's Office
    99 NE 4 Street
    Miami, FL 33132
    Phone: 305-961-9117
    Fax: 305-530-7941

    Scott Behnke, AUSA
    United States Attorney's Office
    500 E. Broward Boulevard
    7th Floor
    Ft. Lauderdale, FL 33301-002

    Betty Rodriguez, Deputy Clerk