```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-60071-Civ-Marra
                                 (04-60232-Cr-Marra)
                         MAGISTRATE JUDGE P. A. WHITE
```

HAROLD JULES,                         :

       Movant,                 :     <u>WRIT OF HABEAS CORPUS</u>
v.                                    :        <u>AD TESTIFICANDUM</u>
                                                                           <u>HABEAS CORPUS/FEDERAL CUSTODY</u>
UNITED STATES OF AMERICA,             :

       Respondent.             :
_____

To:   Warden
      FCC - Coleman (Medium)
      Inmate Mail/Parcels
      P.O. Box 1032
      Coleman, FL 33521-1032

      United States Marshal for the
      Southern District of Florida

      And Any Federal Law Enforcement Officer

    It appearing that the presence of the movant, **Harold Jules, Reg. No.09156-265** is required to consult with counsel and to provide testimony at an evidentiary hearing to be held before this Court, and pursuant to 28 U.S.C. §2241(c)(5) and <u>Pennsylvania Bureau of Correction v. U.S. Marshals Service, et al.</u>, 474 U.S. 34 (1985),

    NOW THEREFORE this is to command you, **Warden,** or any other duly authorized federal law enforcement officers, to conduct said movant to the Southern District of Florida on or before **June 8, 2010** for a hearing to be held on **Thursday, July 8, 2010 at 9:30 a.m.** in Courtroom 3 located in the 3rd floor of the Federal Courthouse at 301 North Miami Avenue, Miami, Florida, and to maintain the movant in custody during the course of such

proceedings and return him to the facility whereat he is confined thereafter.

The movant in this collateral proceeding is indigent.

DONE AND ORDERED at Miami, Florida, this 4<u>th</u> day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Warden
    FCC - Coleman (Medium)
    Inmate Mail/Parcels
    P.O. Box 1032
    Coleman, FL 33521-1032

    United States Marshal (3 certified copies)

    Arthur Wallace, Esq.
    2401 E. Atlantic Blvd.
    Suite 4000
    Pompano Beach, FL 33062-5243
    Phone: 954-943-2020
    Fax: 954-782-1552

    Harold Jules, <u>Pro Se</u>
    Reg. No. 09156-265
    FCC - Coleman (Medium)
    Inmate Mail/Parcels
    P.O. Box 1032
    Coleman, FL 33521-1032

    Anne Ruth Schultz, AUSA
    United States Attorney's Office
    99 NE 4 Street
    Miami, FL 33132
    Phone: 305-961-9117
    Fax: 305-530-7941

    Scott Behnke, AUSA
    United States Attorney's Office
    500 E. Broward Boulevard
    7th Floor
    Ft. Lauderdale, FL 33301-002

    Betty Rodriguez, Deputy Clerk