UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60071-CIV-MARRA/WHITE
(04-60232-CR-MARRA)

HAROLD JULES,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court upon the Report of the Magistrate Judge, filed September 27, 2010 (DE 32).  The Court has reviewed the record *de novo*, considering the motion to vacate pursuant to 28 U.S.C. § 2255, the Report of the Magistrate Judge, the Objections, and the entire record.  For the reasons stated in Magistrate Judge White's Report and upon independent review, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report (DE 32) is hereby **AFFIRMED, RATIFIED AND ADOPTED**.

2. Movant's objections (DE 53) are **OVERRULED.**

3. Movant Harold Jule's Motion to Vacate is **DENIED** on the merits.

4. In accordance with Rule 11(a) of the Rules Governing a Petition for a Writ of Habeas Corpus, the Court **denies a certificate of appealability**.  The Court notes that pursuant to Rule 22 of the Federal Rules of Appellate Procedure, the Petitioner may now seek a certificate of appealability from the Eleventh Circuit Court of Appeals.

5.      The Clerk shall **CLOSE** this case.  Any pending motions are **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of March, 2012.

                                                              KENNETH A. MARRA
                                                              United States District Judge

Copies to:
Magistrate Judge Patrick A. White
all counsel of record
Harold Jules, pro se